# MEMORANDUM DECISIONS

Mac ARRANT v. STATE. (No. 8242.) (Court of Criminal Appeals of Texas. Jan. 23, 1924.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Tarrant county of burglary, and his punishment fixed at two years in the penitentiary. There is no statement of facts in the record. Appellant has a number of bills of exception, but in the absence of a statement of facts we are unable to determine that error was committed in any of the matters complained of, and an affirmance must be ordered.

Joseph F. BARBER v. STATE. (No. 8218.) (Court of Criminal Appeals of Texas. Jan. 23, 1924.) Appeal from District Court, Delta County; Geo. B. Hall, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Delta county of transporting intoxicating liquor, and his punishment fixed at three years in the penitentiary. The record is before us without bills of exception or statement of facts. The indictment and the charge of the court conform to established rules, and, no error appearing, an affirmance will be ordered.

Tom BAYLOUS v. STATE. (No. 8152.) (Court of Criminal Appeals of Texas. Jan. 16, 1924.) Appeal from District Court, Harrison County; P. O. Beard, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful manufacture of intoxicating liquor. Punishment, one year in the penitentiary. There are no bills of exception or statement of facts in the record. We perceive nothing calling for a reversal. The judgment is affirmed.

Tom BAYLOUS v. STATE. (No. 8153.) (Court of Criminal Appeals of Texas. Jan. 16, 1924.) Appeal from District Court, Harrison County; P. O. Beard, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. The indictment is regular. The record is before us without bill of exceptions or statement of facts. The judgment is affirmed.

Tom BAYLOUS v. STATE. (No. 8154.) (Court of Criminal Appeals of Texas. Jan. 16, 1924.) Appeal from District Court, Harrison County; P. O. Beard, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. The indictment is regular. No facts or bills of exceptions are before the court. The record revealing no error, the judgment is affirmed.